**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALEXIS ROMERO,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL NATIONAL GOTTESMAN INC.,**<br><br>Defendant. | CASE NO: 7:26-cv-03747-JGLC-JCM |

**~~[PROPOSED]~~ ORDER FOR ADMISSION *PRO HAC VICE* OF MARIYA WEEKES**

The Motion of Mariya Weekes, for admission to practice *pro hac vice* in the above-captioned action is **GRANTED.**

Applicant has declared that she is a member in good standing of the bar of the State of Florida and that her contact information is as follows:

Mariya Weekes
**MILBERG PLLC**
333 SE 2nd Ave, Suite 2000
Miami, FL 33131
Tel: (786) 206-9057
mweekes@milberg.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Alexis Romero in the above-captioned action.

**IT IS HEREBY ORDERED** that Mariya Weekes is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate ECF No. 16.

Dated: July 6, 2026

Jessica Clarke

Jessica G. L. Clarke
United States District Judge